IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 10 C 1648 |
| vs. | ) ) | JUDGE SUZANNE B. CONLON |
| LA PORTA CONSTRUCTION SERVICE CO., INC., a dissolved Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 3, 2010, request this Court enter judgment against Defendant, LA PORTA CONSTRUCTION SERVICE CO., INC., a dissolved Illinois corporation. In support of that Motion, Plaintiffs state:

1.  On June 3, 2010, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit.

2.  Plaintiffs' auditors completed the audit on July 20, 2010. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $7,939.07. (See Affidavit of Deborah L. French).

3.  On March 15, 2011, Plaintiffs' counsel received a facsimile from Defendant's counsel disputing the audit findings (a copy of the March 15, 2011 facsimile from Edward Kusta is attached hereto as Exhibit A).

4. On April 6, 2011, Plaintiffs' counsel requested documentation to support Defendant's disputes (a copy of the April 6, 2011 correspondence from Cecilia M. Scanlon is attached hereto as Exhibit B).

5. On April 14, 2011, Plaintiffs' counsel received two (2) redacted invoices from Defendant (a copy of the April 14, 2011 facsimile from Dan LaPorta is attached hereto as Exhibit C).

6. On April 29, 2011, Plaintiffs' counsel sent a letter to Defendant's counsel requesting additional information to support Defendant's dispute (a copy of the April 29, 2011 letter is attached hereto as Exhibit D). To date, no further information has been submitted by Defendant.

7. Additionally, the amount of $4,767.39 is due for liquidated damages. (French Aff. Par. 6).

8. In addition, Plaintiffs' firm has expended $650.00 in costs and $3,919.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

9. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $17,275.46.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $17,275.46.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\La Porta Construction\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>14th</u> day of <u>July 2011</u>:

        Mr. Daniel J. La Porta, Registered Agent/President
        La Porta Construction Service Co., Inc.
        6 Trent Court
        Bolingbrook, IL   60490

        Mr. Edward Kusta
        Edward Kusta, P.C.
        540 W. Boughton Road
        Bolingbrook, IL   60440


                              /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\La Porta Construction\motion-judgment.cms.df.wpd